MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for IVAN SINKEVICH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,         ) | No. CR-S-11-82 EFB |
| Plaintiff,            ) | |
| ) | STIPULATION AND |
| v.            ) | ORDER TO CONTINUE THE INITIAL |
| ) | APPEARANCE |
| IVAN SINKEVICH,            ) | |
| ) | New Date: 3-21-2011 |
| Defendant.            ) | Time: 10:00 a.m. |
| ==============================) | Judge: Hon. Edmund F. Brennan |

It is hereby stipulated between the parties, Special Assistant United States Attorney David Stevens and Michael Long, attorney for IVAN SINKEVICH, that the initial appearance date of March 3, 2011, at 2:00 p.m., should be continued until March 21, 2011, at 10:00 a.m.

Mr. Sinkevich is a full-time sophomore at UC-Merced, majoring in Chemical Sciences.  He has a test scheduled for March 3, 2011.  UC-Merced is not in session from March 21 – 25, 2011. Continuing the appearance until March 21st will allow Mr. Sinkevich to appear in court without interfering with his college education.

Dated:  February 24, 2011                                         Respectfully submitted,

                                                                                    /s/ Michael D. Long_____
                                                                                    MICHAEL D. LONG
                                                                                    Attorney for Mr. Sinkevich

///

-1-

Dated: February 24, 2011

                                                BENJAMIN WAGNER
                                                United States Attorney

                                                /s/ David Stevens____
                                                DAVID STEVENS
                                                Special Assistant U.S. Attorney

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the initial appearance presently set for March 3, 2011, at 2:00 p.m. be continued to March 21, 2011, at 10:00 a.m.

Dated: February 24, 2011

                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE